ACCEPTED
03-15-00620-CR
7369438
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 11:55:31 AM
JEFFREY D. KYLE
CLERK

# Linda Icenhauer-Ramirez

1103 Nueces, Austin, Texas 78701

Phone:   512-477-7991   Fax:   512-477-3580

E-Mail: ljir@aol.com

## Attorney and Counseler at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 11:55:31 AM
JEFFREY D. KYLE
Clerk

October 14, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  State of Texas v. Dennis Davis
    Court of Appeals Cause No. 03-15-00620-CR
    Trial Court Cause No. D-1-DC-09-900185-CR, in the 167th District Court of Travis County, Texas

Dear Mr. Kyle:

    This is to inform the court that I have been appointed to represent the Appellee Dennis Davis in this appeal.   Attached is a copy of my appointment.   Please put me down as counsel of record in this cause and notify me of all further action in this case.  Pursuant to Tex.R.App.Proc. 6.2, please find below my contact information:

        Linda Icenhauer-Ramirez
        Attorney at Law
        1103 Nueces
        Austin, Texas 78701
        Phone:  512-477-7991
        Fax:  512-477--3580
        Email:  ljir@aol.com
        SBN:  10382944

    If you need any further  information from me, please contact me.

        Sincerely,

        /s/ Linda Icenhauer-Ramirez
        Linda Icenhauer-Ramirez

cc:    Scott Taliaferro, Asst. District Attorney
        Travis County District Attorneys Office
        P.O. Box 1748
        Austin, Texas 78767

Booking Name:    DAVIS, DENNIS
Booking Number: 1412058

To: Linda Icenhauer Ramirez

The Fair Defense Act mandates that court appointed attorneys make contact with their clients within one working day after appointment. Within three working days after receiving notice of appointment, the attorney shall enter confirmation that contact has been made into the AMP application.

**Status of Case at Time of Appointment:**

| Booking # | Cause # | Asg Court | Set Court | Setting Date | Setting Time | Offense Desc | Ind | Dt Cause Added |
|---|---|---|---|---|---|---|---|---|
| 1412058 | D1DC09900185 | 167 | | N/A | N/A | MURDER | Yes | 10/7/2015 |

** CONFIRM THIS SETTING WITH THE COURT **
** If a cause does not show a setting, we will notify you of the setting date when it is entered. **
** For Court 4 cases, contact the coordinator to determine if the inmate needs to be brought from the jail.**

Booking Address: 1300 FM 655, ROSHARON,TX,77583,
Booking Phone:
Booking MNI: 131908
Booking DOB: 3/18/1950
Booking Gender: Male
Arrest Date: 3/26/2014

Notes:
Client not in custody. The State has appealed the Court's findings of fact and conclusions, and of course the dismissal. the Client's attorney Jackie Wood and Judge Wahlberg would each like you to contact them. We will e-mail you a copy of the Judgment and the findings and conclusions.